In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-487 CR


____________________



EX PARTE MICHAEL WAYNE OSBORNE






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 2021






MEMORANDUM OPINION (1)


 On November 15, 2004, the trial court denied Michael Wayne Osborne's
application for writ of habeas corpus without conducting an evidentiary hearing or issuing
the writ of habeas corpus. We questioned our jurisdiction over the appeal. Osborne filed
responses which he admits no hearing was conducted and in which he argues the merits
of his application for writ of habeas corpus.

 No appeal lies from the refusal to issue writ of habeas corpus unless the trial court
conducts an evidentiary hearing on the merits of the application. Ex parte Hargett, 819 
S.W.2d 866 (Tex. Crim. App. 1991); Noe v. State, 646 S.W.2d 230 (Tex. Crim. App.
1983). The trial court did not issue a writ of habeas corpus, nor did the court conduct an
evidentiary hearing on the application for the writ. Compare Ex parte Silva, 968 S.W.2d
367 (Tex. Crim. App. 1998); Ex parte McCullough, 966 S.W.2d 529 (Tex. Crim. App.
1998). We hold we have no jurisdiction over this appeal. Accordingly, it is ordered that
the appeal be dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered December 22, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.